UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
   PLAINTIFF,

V                                             15-MJ-06024-MPK

DAVID WRIGHT,
   DEFENDANT.

ORDER OF RECUSAL

JUNE 10, 2015

KELLEY, M.J.,

I HEREBY RECUSE MYSELF FROM THIS CASE IN ORDER TO AVOID A POTENTIAL CONFLICT OF INTEREST. SEE 28 U.S.C. SEC. 455.

/S/ M. PAGE KELLEY
M. PAGE KELLEY
U.S. MAGISTRATE JUDGE